UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
J.C. MCCRARY, JR.,

                              Plaintiff,                  **ORDER**

                        -against-                     CV 06-3048 (SJF)(ARL)

POLICE OFFICER BRANDON HILLMAN, et al.,

                              Defendants.
----------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      Before the court is the plaintiff's letter dated December 17, 2007, inquiring whether the discovery deadline is going to be extended in view of the fact that there are unresolved issues concerning discovery. Although the plaintiff has appealed a number of the undersigned's orders, the court is unaware of any unresolved discovery issues that warrant an extension. Accordingly, the discovery deadline will remain unchanged.


Dated: Central Islip, New York                SO ORDERED:
         December 19, 2007

                                                    _____/s/_____
                                                    ARLENE R. LINDSAY
                                                   United States Magistrate Judge