United States District Court
Eastern District of New York

NOTICE OF
RELATED CASE

The Civil Cover Sheet filed in civil action

___12___ CV __2867 (SJF)__

1) indicated that this case is related to the following case(s):

_____

-OR-

2) was directly assigned as a Pro Se case as related to

06cv3048 (SJF)(ARL)
06cv4982 (SJF)(ARL).